

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2021

No. 04-21-00286-CV

**IN THE INTEREST OF B.N.D., J.D.D., B.F.C., J.C. AND E.L.C.**

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3761CCL
Honorable Sergio J. Gonzalez, Judge Presiding

## O R D E R

Appellee has filed a motion for a twenty-day extension of time to file its brief. We grant the motion and **order** appellee's brief filed by **September 27, 2021**. This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Because of the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2021.

_____
Michael A. Cruz,
Clerk of Court